**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGEL AMADOR,

        Plaintiff,

v.                                Case No:   6:14-cv-1577-Orl-40DAB

BENSON CONSTRUCTION
SERVICES, LLC and WALTER
PURSER,

        Defendants.

## ORDER

This cause is before the Court on Joint Motion for Settlement Approval and Dismissal of Claims with Prejudice (Doc. 17) filed on December 11, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-objection was filed, (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 4, 2015 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval and Dismissal of Claims with Prejudice (Doc. 17) is hereby **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties